IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| TANYA PANGELINAN, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 6:18-CV-132-RP |
| VALENTINE & KEBARTAS, LLC, LVNV FUNDING, LLC and JOHN DOES 1-25, | § § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal. (Dkt. 11). The parties stipulate that they have resolved all causes of action and that this action should be dismissed with prejudice. (*Id.*). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

The Court therefore **ORDERS** the Clerk of Court to **CLOSE** this action.

**SIGNED** on September 10, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE